FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATRECE D., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:17-CV-0293-MKD <br><br> **REPORT AND RECOMMENDATION TO GRANT THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** <br><br> **ECF Nos. 13, 20** |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 20) of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney Dana Madsen represents Plaintiff. Attorney Daphne Banay represents Defendant. After consideration, **IT IS RECOMMENDED** that:

1. The parties' Stipulated Motion for Remand (**ECF No. 20**) be **GRANTED**;

REPORT AND RECOMMENDATION - 1

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).  Pursuant to the parties' Stipulation, on remand the administrative law judge (ALJ) is not limited to the following actions, but will at least: (1) reevaluate Plaintiff's symptoms pursuant to Social Security Ruling (SSR) 16-3p; (2) reevaluate the opinion evidence pursuant to 20 C.F.R. § 416.927; (3) reevaluate Plaintiff's residual functional capacity in accordance with SSR 96-8p; (4) obtain vocational expert evidence and determine whether that evidence is consistent with SSR 00-4p; and (5) issue a new decision;

3. Judgment be entered for **PLAINTIFF**;

4. Plaintiff's Motion for Summary Judgment (**ECF No. 13**) be **STRICKEN AS MOOT**; and

5. Upon proper presentation, the Court consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

## OBJECTIONS

Any party may object to a magistrate judge's proposed findings, recommendations or report within **fourteen (14)** days following service with a copy thereof.  Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying the portions to which objection is being made, and the basis therefor.  Any response to the objection

shall be filed within **fourteen (14)** days after receipt of the objection. Attention is directed to Federal Rule of Civil Procedure 6(d), which adds additional time after certain kinds of service.

A district judge will make a *de novo* determination of those portions to which objection is made and may accept, reject or modify the magistrate judge's determination. The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72; LMR 4, Local Rules for the Eastern District of Washington.

A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

The District Court Executive is directed to enter this Report and Recommendation, forward copies to counsel, and **SET A CASE MANAGEMENT DEADLINE ACCORDINGLY.**

DATED June 4, 2018.

s/Mary K. Dimke
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION - 3