FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATRECE D., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>　　　　　　Defendant. | No. 2:17-CV-0293-SMJ <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　　Before the Court is Magistrate Judge Dimke's June 4, 2018 Report and Recommendation, ECF No. 21, recommending that the parties' Stipulated Motion for Remand be granted. No objections have been filed.

　　　After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　**1.**　　The Report and Recommendation, **ECF No. 21**, is **ADOPTED** in its entirety.

　　　**2.**　　The above-caption case is **REVERSED and REMANDED** to the Commissioner of Social Security for further administrative

ORDER **-** 1

proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Pursuant to the parties' Stipulation, on remand the administrative law judge (ALJ) is not limited to the following actions, but will at least: (1) reevaluate Plaintiff's symptoms pursuant to Social Security Ruling (SSR) 16-3p; (2) reevaluate the opinion evidence pursuant to 20 C.F.R. § 416.927; (3) reevaluate Plaintiff's residual functional capacity in accordance with SSR 96-8p; (4) obtain vocational expert evidence and determine whether that evidence is consistent with SSR 00-4p; and (5) issue a new decision.

3. The Clerk's office is directed to **ENTER JUDGMENT FOR PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Dimke.

**DATED** this 28th day of June 2018.

SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2